**Order entered March 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00888-CR
No. 05-12-00889-CR

**DON ALFONSO WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-16710-Y, F10-16711-Y**

## ORDER

The Court **REINSTATES** these appeals.

On December 19, 2012, the Court ordered the trial court to make findings regarding whether the record in these appeals could be supplemented with the record of the transfer proceedings from juvenile court to district court. We have received the supplemental reporter's record from the February 21, 2013 hearing on this issue. We **ADOPT** the trial court's findings, which are recited into the record, that: (1) appellant's counsel Katherine Drew and Christa Dean from the Dallas County District Attorney's Office were able to put together the record of the transfer proceedings; (2) the trial court took judicial notice of the documents the two attorneys presented to the court; (3) the certification was properly done in juvenile court; (4) appellant

waived his right to a hearing in juvenile court and agreed to be certified as an adult; and (5) the documents are sufficient to prove the district court's jurisdiction. The documents from the certification proceedings are contained in the supplemental reporter's record as State's Exhibit nos. 1, 2, and 3.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.


/s/    DAVID EVANS
       JUSTICE